UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2254 (JRT/FLN)

UNITED STATES OF AMERICA, )
)
PLAINTIFF, )
)
V. ) DEFAULT JUDGMENT AND
) FINAL ORDER OF FORFEITURE
)
$12,500.00 IN U.S. CURRENCY, )
)
DEFENDANT. )

Based on the Stipulation for Settlement of Claim filed in this action; on all the files and records in this action; and on Court's finding as follows that:

1. a verified Complaint for Forfeiture with supporting affidavit was filed on December 6, 2001, alleging that the defendant currency was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. a Warrant of Arrest and Notice <u>In Rem</u> was issued by the Clerk of Court on December 6, 2001, directing the United States Marshal to arrest the defendant currency; to serve all known persons and entities having an interest in the defendant currency with a copy of the Summons, Complaint, and Warrant of Arrest and Notice <u>In Rem;</u> and to give due notice to all known and unknown interested parties and entities to serve on the United States Attorney and file with the Clerk of Court, a verified statement of



MA[illegible] 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

interest in or right against the defendant currency within 30 days from the date of service and an answer to the Complaint for Forfeiture within 20 days from the filing date of the verified statement;

3. the United States Marshal arrested the defendant currency and served a copy of the Summons, Complaint, Warrant of Arrest and Notice In Rem on Quincy Manuel, through his attorney, Phillip S. Resnick, on December 17, 2001;

4. a notice of the seizure and arrest of the defendant currency was published in the Finance and Commerce, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, on December 26, 2001, January 2, 2002, and January 9, 2002, giving notice to all unknown interested persons and entities of the verified statement and answer requirements;

5. Quincy Manuel filed a verified statement of interest in the defendant currency and answer to the Complaint for Forfeiture with the Clerk of Court on January 2, 2002;

6. no other verified statements of interest in or right against the defendant currency or answers to the Complaint for Forfeiture have been filed with the Clerk of Court or served on the United States Attorney in response to the published notice of forfeiture, and the time for filing a verified statement and answer has expired based on the published notice of forfeiture; and

7. a Stipulation for Settlement of Claim filed in this action settles any and all claims by Quincy Manuel to the defendant currency by the United States' return of $1,000.00 of the defendant currency to him in consideration for which Quincy Manuel agrees to relinquish and withdraw any and all claims to the remaining $11,500.00 of the defendant currency, consents to the entry of default judgment against him as to the remaining $11,500.00 of the defendant currency, and consents to the forfeiture of the remaining $11,500.00 of the defendant currency to the United States for disposition in accordance with law free and clear of any and all claims by him.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against Quincy Manuel and all unknown persons and entities having an interest in $11,500.00 of the defendant currency; and

2. all the right, title and interest in the defaulted persons and entities in $11,500.00 of the defendant currency is forfeited to the plaintiff, and no right, title or interest in $11,500.00 of the defendant currency shall exist in any other person or entity; and

3. the $11,500.00 of defendant currency forfeited to the United States shall be disposed of by the plaintiff in accordance with the law; and

4. all other terms of the Stipulation for Settlement of Claim shall be effected.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 2, 2002

JOHN R. TUNHEIM, Judge
United States District Court