UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2254 (JRT/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| V. | ) | CERTIFICATE OF REASONABLE CAUSE |
| $12,500.00 IN U.S. CURRENCY, DEFENDANT. | ) | |

This matter having come before this Court on the Stipulation for Settlement of Claim between plaintiff and Quincy Manuel for the issuance of a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2), which provides that such a certificate shall be entered, notwithstanding a judgment for the claimant, if it appears that there was reasonable cause for the seizure or arrest, and

It appearing to the court that there was reasonable cause for the seizure or arrest of the defendant *in rem* $12,500.00; as agreed upon by the plaintiff and Quincy Manuel in the Stipulation for Settlement of Claim;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to 28 U.S.C. § 2465 (a)(2), neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

judgment on account of such suit or prosecution, nor shall Quincy Manuel be entitled to costs, such costs having been waived by the Stipulation for Settlement of Claim.

Dated: May 2, 2002

JOHN R. TUNHEIM, Judge
United States District Court